| *Attorney or Party without Attorney:* | *For Court Use Only* |
|---|---|
| Gregory B. Linkh, Esq.<br>Glancy Prongay & Murray LLP<br>230 Park Avenue, Suite 358<br>New York, NY 10169<br>*Telephone No:* (212) 682-5340   *FAX No:* 415-981-4846 | |

*Attorney for:* Plaintiff(s)

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court - Southern District Of New York

*Plaintiff(s):* Rena Sampayan

*Defendant:* Continental Aktiengesellschaft, et al

| **AFFIDAVIT OF SERVICE**<br>**Summons and Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>24CV00881ER |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Rule 7.1 Statement; Individual Practices of Judge Edgardo Ramos

*3.  a. Party served:*  Bridgestone Americas, Inc.
   *b. Person served:*  Asia Robinson Lewis, Service of Process Intake Clerk

*4.  Address where the party was served:*  United Agent Group Inc.
   600 Mamaroneck Ave., Suite 400
   Harrison, NY 10528

*5.  I served the party:*
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Feb. 23, 2024 (2) at: 12:25PM

*7. Person Who Served Papers:*
   a. Christopher J. Carbone
   **b. Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of NEW YORK that the foregoing is true and correct.

2/28/24
*(Date)*

_____
*(Signature)*

*8. STATE OF NEW YORK, COUNTY OF* Westchester

· *Subscribed and sworn to (or affirmed) before me on this* 28 *day of* February _____ *by Christopher J. Carbone*

*proved to me on the basis of satisfactory evidence to be the person who appeared before me.*

_____
*(Notary Signature)*
Heather Mathe
Notary Public - State of New York No.261379
No. 01MA6388964
Qualified in Westchester County
My Commission Expires 3/18/2027