**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RENA SAMPAYAN, | Case No. 1:24-cv-00881-ER |
| Plaintiff, | Judge: Hon. Edgardo Ramos |
| v. | |
| CONTINENTAL AKTIENGESELLSCHAFT; CONTINENTAL TIRE THE AMERICAS, LLC; COMPAGNIE GÉNÉRALE DES ÉTABLISSEMENTS; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES PLC; NOKIAN TYRES INC; NOKIAN TYRES U.S. OPERATIONS LLC; THE GOODYEAR TIRE & RUBBER COMPANY; PIRELLI & C. S.P.A.; PIRELLI TIRE LLC; BRIDGESTONE CORPORATION; BRIDGESTONE AMERICAS, INC.; AND DOES 1-100, | |
| Defendants. | |
| CATIP ISLAMI, | Case No. 1:24-cv-00967 |
| Plaintiff, | |
| v. | |
| CONTINENTAL AKTIENGESELLSCHAFT; CONTINENTAL TIRE THE AMERICAS, LLC; COMPAGNIE GÉNÉRALE DES ÉTABLISSEMENTS MICHELIN SCA; COMPAGNIE FINANCIÈRE MICHELIN SA; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES PLC; NOKIAN TYRES INC.; NOKIAN TYRES U.S. OPERATIONS LLC; THE GOODYEAR TIRE & RUBBER COMPANY; PIRELLI & C. S.P.A.; PIRELLI TIRE LLC; BRIDGESTONE CORPORATION; BRIDGESTONE AMERICAS, INC.; AND DOES 1-100, | |
| Defendants. | |

1

| | |
|---|---|
| JAMES ALFORD, individually and on behalf of all other similarly situated,<br><br> Plaintiff,<br><br>v.<br><br>BRIDGESTONE CORPORATION; BRIDGESTONE AMERICAS, INC.; CONTINENTAL AKTIENGESELLSCHAFT; CONTINENTAL TIRE THE AMERICAS, LLC; COMPAGNIE GÉNÉRALE DES ÉTABLISSEMENTS MICHELIN SCA; COMPAGNIE FINANCIÈRE MICHELIN SA; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES PLC; NOKIAN TYRES INC; NOKIAN TYRES U.S. OPERATIONS LLC; THE GOODYEAR TIRE & RUBBER COMPANY; PIRELLI & C. S.P.A.; PIRELLI TIRE LLC; AND DOES 1-100,<br><br> Defendants. | Case No. 1:24-cv-01038 |
| MICHELE EDWARDS, individually and on behalf of all others similarly situated,<br><br> Plaintiff,<br><br>v.<br><br>CONTINENTAL AKTIENGESELLSCHAFT; CONTINENTAL TIRE THE AMERICAS, LLC; COMPAGNIE GÉNÉRALE DES ÉTABLISSEMENTS; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES PLC; NOKIAN TYRES INC; NOKIAN TYRES U.S. OPERATIONS LLC; THE GOODYEAR TIRE & RUBBER COMPANY; PIRELLI & C. S.P.A.; PIRELLI TIRE LLC; BRIDGESTONE CORPORATION; BRIDGESTONE AMERICAS, INC.; AND DOES 1-100,<br><br> Defendants. | Case No. 1:24-cv-01092 |

2

| | |
|---|---|
| MARCO A. TORRES, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>CONTINENTAL AKTIENGESELLSCHAFT; CONTINENTAL TIRE THE AMERICAS, LLC; COMPAGNIE GÉNÉRALE DES ÉTABLISSEMENTS; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES PLC; NOKIAN TYRES INC; NOKIAN TYRES U.S. OPERATIONS LLC; THE GOODYEAR TIRE & RUBBER COMPANY; PIRELLI & C. S.P.A.; PIRELLI TIRE LLC; BRIDGESTONE CORPORATION; BRIDGESTONE AMERICAS, INC.; DOES 1-100,<br><br>        Defendants. | Case No. 1:24-cv-01124 |
| SUSAN DAVIDOV and ROBERT FURST, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>CONTINENTAL AKTIENGESELLSCHAFT; CONTINENTAL TIRE THE AMERICAS, LLC; COMPAGNIE GÉNÉRALE DES ÉTABLISSEMENTS; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES PLC; NOKIAN TYRES INC; NOKIAN TYRES U.S. OPERATIONS LLC; THE GOODYEAR TIRE & RUBBER COMPANY; PIRELLI & C. S.P.A.; PIRELLI TIRE LLC; BRIDGESTONE CORPORATION; BRIDGESTONE AMERICAS, INC.; AND DOES 1-100,<br><br>        Defendants. | Case No. 1:24-cv-01367 |

| | |
|---|---|
| MICHAEL CURRAN and TIMOTHY BORLAND, individually and behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY; COMPAGNIE GÉNÉRALE DES ÉTABLISSEMENTS MICHELIN SCA; MICHELIN NORTH AMERICA INC.; BRIDGESTONE CORPORATION; BRIDGESTONE AMERICAS, INC.; CONTINENTAL AKTIENGESELLSCHAFT; CONTINENTAL TIRE THE AMERICAS, LLC; NOKIAN TYRES PLC; NOKIAN TYRES NORTH AMERICA, INC.; NOKIAN TYRES INC.; NOKIAN TYRES U.S. OPERATION LLC; PIRELLI & C. S.P.A; PIRELLI TIRE LLC; HANKOOK TIRE & TECHNOLOGY CO., LTD.; HANKOOK TIRE AMERICA CORP.; YOKOHAMA RUBBER CO., LTD.; YOKOHAMA TIRE CORPORATION; TOYO TIRE CORPORATION; TOYO TIRE U.S.A. CORP.; KUMHO TIRE CO.; KUMHO TIRE U.S.A.; SUMITOMO RUBBER INDUSTRIES, LTD.; SUMITOMO RUBBER NORTH AMERICA, INC.; GITI TIRE GLOBAL TRADING PTE. LTD.; AND GITI TIRE (USA) LTD.,<br><br>    Defendants. | Case No. 1:24-cv-01419 |
| DANIEL PURCELL, LUKE CUDDY, and ELIZABETH TWITCHELL, Individually and On Behalf of All Others Individually Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CONTINENTAL AKTIENGESELLSCHAFT; CONTINENTAL TIRE THE AMERICAS, LLC; COMPAGNIE GÉNÉRALE DES | Case No. 1:24-00938 |

4

| | |
|---|---|
| ÉTABLISSEMENTS; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES PLC; NOKIAN TYRES INC; NOKIAN TYRES U.S. OPERATIONS LLC; THE GOODYEAR TIRE & RUBBER COMPANY; PIRELLI & C. S.P.A.; PIRELLI TIRE LLC; BRIDGESTONE CORPORATION; BRIDGESTONE AMERICAS, INC.; AND DOES 1-100,<br><br>    Defendants. | |
| WILKERSON FARMS ET, LLC, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CONTINENTAL AKTIENGESELLSCHAFT; CONTINENTAL TIRE THE AMERICAS, LLC; COMPAGNIE GÉNÉRALE DES ÉTABLISSEMENTS; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES PLC; NOKIAN TYRES INC; NOKIAN TYRES U.S. OPERATIONS LLC; THE GOODYEAR TIRE & RUBBER COMPANY; PIRELLI & C. S.P.A.; PIRELLI TIRE LLC; BRIDGESTONE CORPORATION; BRIDGESTONE AMERICAS, INC.; AND DOES 1-100,<br><br>    Defendants. | Case No. 1:24-00970 |
| FRANK NOVAK, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>CONTINENTAL AKTIENGESELLSCHAFT; CONTINENTAL TIRE THE AMERICAS, LLC; COMPAGNIE GÉNÉRALE DES ÉTABLISSEMENTS; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES PLC; | Case No. 1:24-cv-01202 |

5

| | |
|---|---|
| NOKIAN TYRES INC.; NOKIAN TYRES U.S. OPERATIONS LLC; THE GOODYEAR TIRE & RUBBER COMPANY; PIRELLI & C. S.P.A.; PIRELLI TIRE LLC; BRIDGESTONE CORPORATION; BRIDGESTONE AMERICAS, INC.; AND DOES 1-100,<br><br>    Defendants. | |
| MICHAEL SPADAFINO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CONTINENTAL AKTIENGESELLSCHAFT; CONTINENTAL TIRE THE AMERICAS, LLC; COMPAGNIE GÉNÉRALE DES ÉTABLISSEMENTS; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES PLC; NOKIAN TYRES INC; NOKIAN TYRES U.S. OPERATIONS LLC; THE GOODYEAR TIRE & RUBBER COMPANY; PIRELLI & C. S.P.A.; PIRELLI TIRE LLC; BRIDGESTONE CORPORATION; BRIDGESTONE AMERICAS, INC.; AND DOES 1-100,<br><br>    Defendants. | Case No. 1:24-cv-01452 |
| LAURA AMMONS, BRANDON DERRICK, LETIA DICKERSON, JEFFREY HOLT, JERRY MERKEL, and LYNN SEDA, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CONTINENTAL AKTIENGESELLSCHAFT; CONTINENTAL TIRE THE AMERICAS, LLC; COMPAGNIE GÉNÉRALE DES ÉTABLISSEMENTS; MICHELIN NORTH | Case No. 1:24-cv-01513 |

6

| |
|---|
| AMERICA, INC.; NOKIAN TYRES PLC; NOKIAN TYRES INC; NOKIAN TYRES U.S. OPERATIONS LLC; THE GOODYEAR TIRE & RUBBER COMPANY; PIRELLI & C. S.P.A.; PIRELLI TIRE LLC; BRIDGESTONE CORPORATION; BRIDGESTONE AMERICAS, INC.; AND DOES 1-100, <br><br>       Defendants. |

### NOTICE OF MOTION
### FOR CONSOLIDATION AND COORDINATION

**PLEASE TAKE NOTICE** that, based upon the accompanying Memorandum of Law in Support of Direct Purchaser and Indirect Purchaser Plaintiffs' Motion for Consolidation and Coordination dated March 13, 2024, and all prior pleadings, papers, and proceedings in this matter, Plaintiffs Sampayan, Islami, Alford, Edwards, Torres, Davidov, Furst, Curran, and Borland (collectively, "the Direct Purchaser Plaintiffs") and Plaintiffs Purcell, Cuddy, Twitchell, Wilkerson Farms ET, LLC, Novak, Spadafino, Ammons, Derrick, Dickerson, Holt, Merkel, and Seda (collectively, "the Indirect Purchaser Plaintiffs"), by and through the undersigned counsel move this Court before the Honorable Edgardo Ramos, United States District Court, Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be designated by the Court, for an Order separately consolidating the Related Direct Purchaser and Related Indirect Purchaser Actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and directing that the consolidated actions be coordinated with one another to the extent practicable.

7

Dated: March 13, 2024

Respectfully submitted,

*/s/ Dena C. Sharp*
Dena C. Sharp (*Pro Hac Vice*)
Adam E. Polk (*Pro Hac Vice*)
Kyle P. Quackenbush (*Pro Hac Vice*)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dsharp@girardsharp.com
apolk@girardsharp.com
kquackenbush@girardsharp.com

Greg Linkh (GL 0477)
Lee Albert*
Brian Brooks (BB 7442)
**GLANCY PRONGAY & MURRAY LLP**
230 Park Avenue, Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com
lalbert@glancylaw.com
bbrooks@glancylaw.com

*Attorneys for Plaintiff Sampayan
and the proposed Direct Purchaser Plaintiff Class*

Kellie Lerner (KL 0927)
Meegan Hollywood (MH 4507)
Ellen Jalkut (EJ 2800)
Laura Song
**ROBINS KAPLAN LLP**
1325 Avenue of the Americas, Suite 2601
New York, NY 10019
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
klerner@robinskaplan.com
mhollywood@robinskaplan.com
ejalkut@robinskaplan.com
lsong@robinskaplan.com

Shpetim Ademi
**ADEMI LLP**
3620 East Layton Avenue
Cudahy, Wisconsin 53110
Telephone: (414) 482-8000
sademi@ademilaw.com

8

*Attorneys for Plaintiff Islami and the proposed Direct Purchaser Plaintiff Class*

Michael R. Reese
100 West 93rd Street, 16th Floor
New York, New York 10025
Tel: (212) 643-9500
mreese@reesellp.com

Heidi M. Silton*
Jessica N. Servais*
Joseph C. Bourne*
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

Shpetim Ademi
**Ademi LLP**
3620 East Layton Avenue
Cudahy, WI 53110
Tel: (414) 482-8000
Fax: (414) 482-8001
sademi@admilaw.com

*Attorneys for Plaintiff Alford and the proposed Direct Purchaser Plaintiff Class*

Michelle C. Clerkin
Jason C. Spiro
David B. Harrison
Shomik Ghosh
**SPIRO HARRISON & NELSON**
40 Exchange Place, Suite 1404
New York, NY 10005
Telephone: (646) 880-8850
Facsimile: (973) 232-0887
mclerkin@shnlegal.com
jspiro@shnlegal.com
dharrison@shnlegal.com
sghosh@shnlegal.com

Rachel Dapeer
**DAPEER LAW, P.A.**
20900 NE 30th Avenue, #417
Aventura, FL 33180
Telephone: (954) 799-5914
rachel@dapeer.com

*Attorneys for Plaintiff Edwards and the proposed Direct Purchaser Plaintiff Class*

Adam J. Pessin (NY Attorney ID # 4320248)
Roberta D. Liebenberg*
Jeffrey S. Istvan*
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
(215) 567-6565
rliebenberg@finekaplan.com
jistvan@finekaplan.com
apessin@finekaplan.com

Jeffrey B. Gittleman*
Meghan J. Talbot*
Zachary A. Pogust (NY Attorney ID # 5676259)
**POGUST GOODHEAD, LLC**
161 Washington Street, Suite 250
Conshohocken, PA 19428
(610) 941-4204
jgittleman@pogustgoodhead.com
mtalbot@pogustgoodhead.com
zpogust@pogustgoodhead.com

*Attorneys for Plaintiff Torres and the proposed Direct Purchaser Plaintiff Class*

John Radice (JR9033)
April D. Lambert*
**RADICE LAW FIRM, P.C.**
475 Wall Street
Princeton, New Jersey 08540
Telephone: (646) 245-8502
Facsimile: (609) 385-0745
jradice@radicelawfirm.com
alambert@radicelawfirm.com

*Attorneys for Plaintiffs Davidov and the proposed Direct Purchaser Plaintiff Class*

Laurie Rubinow
**MILLER SHAH LLP**
65 Main Street
Chester, CT 06412
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
lrubinow@millershah.com

Anna K. D'Agostino
**MILLER SHAH LLP**
225 Broadway, Suite 1830
New York, NY 10007
Telephone: 866-540-5505
Facsimile: 866-300-7367
akdagostino@millershah.com

Daniel L. Warshaw*
Bobby Pouya*
Michael H. Pearson*
Eric J. Mont*
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
dwarshaw@pwfirm.com
bpouya@pwfirm.com
mpearson@pwfirm.com
emont@pwfirm.com

Jill Manning*
**PEARSON WARSHAW, LLP**
555 Montgomery Street, Suite 1205
San Francisco, CA 94111
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
jmanning@pwfirm.com

*Attorneys for Plaintiffs Curran and the proposed Direct Purchaser Plaintiff Class*

Thomas H. Burt
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue

11

New York, NY 10016
Telephone: (212)-545-4669
Facsimile: (212)-545-4653
burt@whafh.com

Carl V. Malmstrom*
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

*Attorneys for Plaintiffs Purcell, Cuddy, Twitchell, Novak, Ammons, Derrick, Dickerson, Holt, Merkel, Seda, and the proposed Indirect Purchaser Plaintiff Class*

Michael J. Flannery*
**CUNEO GILBERT & LADUCA, LLP**
Two CityPlace Drive
St. Louis, MO 63141
Phone (work): (314) 226-1015 (direct)
Phone (cell): (314) 330-2771
mflannery@cuneolaw.com

Christian Hudson
**CUNEO GILBERT & LADUCA, LLP**
300 Cadman Plaza West
Twelfth Floor, Suite 12064
Brooklyn Heights, NY 11201
Phone: (929) 258-7815
christian@cuneolaw.com

*Attorneys for Plaintiff Wilkerson Farms ET, LLC and the proposed Indirect Purchaser Plaintiff Class*

Gregory S. Asciolla
Robin A. van der Meulen
Jonathan S. Crevier
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, New York 10017
(646) 933-1000
gasciolla@dicellolevitt.com
rvandermeulen@dicellolevitt.com

jcrevier@dicellolevitt.com

*Attorneys for Plaintiff Spadafino and the proposed Indirect Purchaser Plaintiff Class*

*(\*pro hac vice forthcoming)*

## CERTIFICATE OF SERVICE

I, Gregory B. Linkh, hereby certify that on March 13, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered users.

<em>/s/ Gregory B. Linkh</em>