UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RENA SAMPAYAN,<br><br>    Plaintiff,<br><br>v.<br><br>CONTINENTAL AKTIENGESELLSCHAFT; CONTINENTAL TIRE THE AMERICAS, LLC; COMPAGNIE GÉNÉRALE DES ÉTABLISSEMENTS; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES PLC; NOKIAN TYRES INC; NOKIAN TYRES U.S. OPERATIONS LLC; THE GOODYEAR TIRE & RUBBER COMPANY; PIRELLI & C. S.P.A.; PIRELLI TIRE LLC; BRIDGESTONE CORPORATION; BRIDGESTONE AMERICAS, INC.; AND DOES 1-100,<br><br>    Defendants. | Case No. 1:24-cv-00881-ER<br><br>Judge: Hon. Edgardo Ramos |
| CATIP ISLAMI,<br><br>    Plaintiff,<br><br>v.<br><br>CONTINENTAL AKTIENGESELLSCHAFT; CONTINENTAL TIRE THE AMERICAS, LLC; COMPAGNIE GÉNÉRALE DES ÉTABLISSEMENTS MICHELIN SCA; COMPAGNIE FINANCIÈRE MICHELIN SA; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES PLC; NOKIAN TYRES INC.; NOKIAN TYRES U.S. OPERATIONS LLC; THE GOODYEAR TIRE & RUBBER COMPANY; PIRELLI & C. S.P.A.; PIRELLI TIRE LLC; BRIDGESTONE CORPORATION; BRIDGESTONE AMERICAS, INC.; AND DOES 1-100,<br><br>    Defendants. | Case No. 1:24-cv-00967 |

| | |
|---|---|
| JAMES ALFORD, individually and on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BRIDGESTONE CORPORATION; BRIDGESTONE AMERICAS, INC.; CONTINENTAL AKTIENGESELLSCHAFT; CONTINENTAL TIRE THE AMERICAS, LLC; COMPAGNIE GÉNÉRALE DES ÉTABLISSEMENTS MICHELIN SCA; COMPAGNIE FINANCIÈRE MICHELIN SA; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES PLC; NOKIAN TYRES INC; NOKIAN TYRES U.S. OPERATIONS LLC; THE GOODYEAR TIRE & RUBBER COMPANY; PIRELLI & C. S.P.A.; PIRELLI TIRE LLC; AND DOES 1-100,<br><br>    Defendants. | Case No. 1:24-cv-01038 |
| MICHELE EDWARDS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CONTINENTAL AKTIENGESELLSCHAFT; CONTINENTAL TIRE THE AMERICAS, LLC; COMPAGNIE GÉNÉRALE DES ÉTABLISSEMENTS; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES PLC; NOKIAN TYRES INC; NOKIAN TYRES U.S. OPERATIONS LLC; THE GOODYEAR TIRE & RUBBER COMPANY; PIRELLI & C. S.P.A.; PIRELLI TIRE LLC; BRIDGESTONE CORPORATION; BRIDGESTONE AMERICAS, INC.; AND DOES 1-100,<br><br>    Defendants. | Case No. 1:24-cv-01092 |

| | |
|---|---|
| MARCO A. TORRES, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>CONTINENTAL AKTIENGESELLSCHAFT; CONTINENTAL TIRE THE AMERICAS, LLC; COMPAGNIE GÉNÉRALE DES ÉTABLISSEMENTS; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES PLC; NOKIAN TYRES INC; NOKIAN TYRES U.S. OPERATIONS LLC; THE GOODYEAR TIRE & RUBBER COMPANY; PIRELLI & C. S.P.A.; PIRELLI TIRE LLC; BRIDGESTONE CORPORATION; BRIDGESTONE AMERICAS, INC.; DOES 1-100,<br><br>　　　Defendants. | Case No. 1:24-cv-01124 |
| SUSAN DAVIDOV and ROBERT FURST, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>CONTINENTAL AKTIENGESELLSCHAFT; CONTINENTAL TIRE THE AMERICAS, LLC; COMPAGNIE GÉNÉRALE DES ÉTABLISSEMENTS; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES PLC; NOKIAN TYRES INC; NOKIAN TYRES U.S. OPERATIONS LLC; THE GOODYEAR TIRE & RUBBER COMPANY; PIRELLI & C. S.P.A.; PIRELLI TIRE LLC; BRIDGESTONE CORPORATION; BRIDGESTONE AMERICAS, INC.; AND DOES 1-100,<br><br>　　　Defendants. | Case No. 1:24-cv-01367 |

| | |
|---|---|
| MICHAEL CURRAN and TIMOTHY BORLAND, individually and behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY; COMPAGNIE GÉNÉRALE DES ÉTABLISSEMENTS MICHELIN SCA; MICHELIN NORTH AMERICA INC.; BRIDGESTONE CORPORATION; BRIDGESTONE AMERICAS, INC.; CONTINENTAL AKTIENGESELLSCHAFT; CONTINENTAL TIRE THE AMERICAS, LLC; NOKIAN TYRES PLC; NOKIAN TYRES NORTH AMERICA, INC.; NOKIAN TYRES INC.; NOKIAN TYRES U.S. OPERATION LLC; PIRELLI & C. S.P.A; PIRELLI TIRE LLC; HANKOOK TIRE & TECHNOLOGY CO., LTD.; HANKOOK TIRE AMERICA CORP.; YOKOHAMA RUBBER CO., LTD.; YOKOHAMA TIRE CORPORATION; TOYO TIRE CORPORATION; TOYO TIRE U.S.A. CORP.; KUMHO TIRE CO.; KUMHO TIRE U.S.A.; SUMITOMO RUBBER INDUSTRIES, LTD.; SUMITOMO RUBBER NORTH AMERICA, INC.; GITI TIRE GLOBAL TRADING PTE. LTD.; AND GITI TIRE (USA) LTD.,<br><br>    Defendants. | Case No. 1:24-cv-01419 |
| DANIEL PURCELL, LUKE CUDDY, and ELIZABETH TWITCHELL, Individually and On Behalf of All Others Individually Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CONTINENTAL AKTIENGESELLSCHAFT; CONTINENTAL TIRE THE AMERICAS, LLC; | Case No. 1:24-00938 |

3

| | |
|---|---|
| COMPAGNIE GÉNÉRALE DES ÉTABLISSEMENTS; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES PLC; NOKIAN TYRES INC; NOKIAN TYRES U.S. OPERATIONS LLC; THE GOODYEAR TIRE & RUBBER COMPANY; PIRELLI & C. S.P.A.; PIRELLI TIRE LLC; BRIDGESTONE CORPORATION; BRIDGESTONE AMERICAS, INC.; AND DOES 1-100,<br><br>    Defendants. | |
| WILKERSON FARMS ET, LLC, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CONTINENTAL AKTIENGESELLSCHAFT; CONTINENTAL TIRE THE AMERICAS, LLC; COMPAGNIE GÉNÉRALE DES ÉTABLISSEMENTS; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES PLC; NOKIAN TYRES INC; NOKIAN TYRES U.S. OPERATIONS LLC; THE GOODYEAR TIRE & RUBBER COMPANY; PIRELLI & C. S.P.A.; PIRELLI TIRE LLC; BRIDGESTONE CORPORATION; BRIDGESTONE AMERICAS, INC.; AND DOES 1-100,<br><br>    Defendants. | Case No. 1:24-00970 |
| FRANK NOVAK, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>CONTINENTAL AKTIENGESELLSCHAFT; CONTINENTAL TIRE THE AMERICAS, LLC; COMPAGNIE GÉNÉRALE DES ÉTABLISSEMENTS; MICHELIN NORTH | Case No. 1:24-cv-01202 |

| | |
|---|---|
| AMERICA, INC.; NOKIAN TYRES PLC; NOKIAN TYRES INC.; NOKIAN TYRES U.S. OPERATIONS LLC; THE GOODYEAR TIRE & RUBBER COMPANY; PIRELLI & C. S.P.A.; PIRELLI TIRE LLC; BRIDGESTONE CORPORATION; BRIDGESTONE AMERICAS, INC.; AND DOES 1-100,<br><br> Defendants. | |
| MICHAEL SPADAFINO, individually and on behalf of all others similarly situated,<br><br> Plaintiff,<br><br>v.<br><br>CONTINENTAL AKTIENGESELLSCHAFT; CONTINENTAL TIRE THE AMERICAS, LLC; COMPAGNIE GÉNÉRALE DES ÉTABLISSEMENTS; MICHELIN NORTH AMERICA, INC.; NOKIAN TYRES PLC; NOKIAN TYRES INC; NOKIAN TYRES U.S. OPERATIONS LLC; THE GOODYEAR TIRE & RUBBER COMPANY; PIRELLI & C. S.P.A.; PIRELLI TIRE LLC; BRIDGESTONE CORPORATION; BRIDGESTONE AMERICAS, INC.; AND DOES 1-100,<br><br> Defendants. | Case No. 1:24-cv-01452 |
| LAURA AMMONS, BRANDON DERRICK, LETIA DICKERSON, JEFFREY HOLT, JERRY MERKEL, and LYNN SEDA, Individually and On Behalf of All Others Similarly Situated,<br><br> Plaintiffs,<br><br>v.<br><br>CONTINENTAL AKTIENGESELLSCHAFT; CONTINENTAL TIRE THE AMERICAS, LLC; COMPAGNIE GÉNÉRALE DES ÉTABLISSEMENTS; MICHELIN NORTH | Case No. 1:24-cv-01513 |

AMERICA, INC.; NOKIAN TYRES PLC; NOKIAN TYRES INC; NOKIAN TYRES U.S. OPERATIONS LLC; THE GOODYEAR TIRE & RUBBER COMPANY; PIRELLI & C. S.P.A.; PIRELLI TIRE LLC; BRIDGESTONE CORPORATION; BRIDGESTONE AMERICAS, INC.; AND DOES 1-100,

    Defendants.

**[PROPOSED] ORDER RE CONSOLIDATION AND COORDINATION OF DIRECT AND INDIRECT PURCHASER ACTIONS**

Having considered the papers filed in support of the Direct Purchaser and Indirect Purchaser Plaintiffs' Motion for Consolidation and Coordination, the Court **GRANTS** the motion and hereby **ORDERS** as follows:

1.   The following actions on behalf of direct purchasers of new replacement tires for cars and other vehicles in the United States pending in this District are consolidated for all purposes including pretrial proceedings, trial, and appeal, pursuant to Federal Rule of Civil Procedure 42(a) (hereafter, the "Consolidated Direct Purchaser Actions"):

- *Sampayan v. Continental Aktiengesellschaft, et al.*, No. 1:24-cv-00881;
- *Islami v. Continental Aktiengesellschaft, et al.*, No. 1:24-cv-00967;
- *Alford v. Bridgestone Corporation, et al.*, No. 1:24-cv-01038;
- *Edwards v. Continental Aktiengesellschaft, et al.*, No. 1:24-cv-01092;
- *Torres v. Continental Aktiengesellschaft, et al.*, No. 1:24-cv-01124;
- *Davidov, et al., v. Continental Aktiengesellschaft, et al.*, No. 1:24-cv-01367; and
- *Curran, et al., v. Continental Aktiengesellschaft, et al.*, No. 1:24-cv-01419.

2.   The following actions on behalf of indirect purchasers of new replacement tires for cars and other vehicles in the United States pending in this District are consolidated for all purposes including pretrial proceedings, trial, and appeal, pursuant to Federal Rule of Civil Procedure 42(a) (collectively, the "Consolidated Indirect Purchaser Actions"):

- *Purcell, et al. v. Continental Aktiengesellschaft, et al.*, No. 1:24-00938;
- *Wilkerson Farms ET, LLC v. Continental Aktiengesellschaft, et al.*, No. 1:24-00970;
- *Novak v. Continental Aktiengesellschaft, et al.*, No. 1:24-cv-01202;
- *Spadafino v. Continental Aktiengesellschaft, et al.*, Case No. 1:24-cv-01452; and
- *Ammons, et al v. Continental Aktiengesellschaft, et al.*, No. 1:24-cv-01513.

3. The Consolidated Direct Purchaser and Indirect Purchaser Actions, as well as any other actions subsequently consolidated with them, shall be coordinated to the extent practicable with one another under one docket for purposes of discovery and pretrial proceedings to promote efficiency in managing and litigating the cases.

4. The files of the coordinated and Consolidated Direct Purchaser and Indirect Purchaser Actions shall be maintained under the Master File Case No. 24-cv-00881, the docket number assigned to the first-filed case, and must bear the following caption:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| *In re Vehicle Tires Antitrust Litigation* | Case No. 1:24-cv-00881-ER |
|---|---|
| This Document Relates To: | |

5. When a pleading or other court filing is intended to apply to all actions, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading or other court paper is intended to apply to one, or some, but not all, of such actions, the party filing the document shall indicate the action(s) to which the document is intended to apply. The parties may indicate, for example, "All Direct Purchaser Actions" or "All Indirect Purchaser Actions."

6. The master docket sheet entry will reflect the fact that any particular filing relates to one or more, but less than all, of the plaintiffs. It is the obligation of counsel for the party undertaking such a filing to ensure that any orders entered pursuant to such a filing reflect this limitation.

7.  This order shall apply to all Related Actions subsequently filed in or transferred to this District that arise out of the same or similar operative facts as the Direct Purchaser Actions or the Indirect Purchaser Actions. Any subsequently filed actions that are filed in, or transferred to, this Court, will be, absent objection, deemed related and consolidated under the Master Docket, Case. No. 24-cv-00881, within 10 calendar days following the filing or transfer of that action. If any party objects to such consolidation or otherwise wishes to seek alternative relief, they must do so before the expiration of that period.

8.  In the event that the Judicial Panel for Multidistrict Litigation centralizes and transfers other related actions to this Court pursuant to 28 U.S.C. § 1407, this Order may be amended by the Court or upon the request of the parties with the Court's approval.

**IT IS SO ORDERED.**

Dated:

                                          Hon. Edgardo Ramos
                                          United States District Judge